In the Matter of the Claim of SYDELLE ROISTACHER, Respondent, v. DEBBI ANN CASUALS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— STALEY, JR., J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.